# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MYRA LEAVITT, et al., )
)
              Plaintiffs, )    Case No. 2:14-cv-01043-JAD-NJK
)
vs. )    <u>ORDER</u>
)
TIIU ELIZARDE, )
)
              Defendant. )
_____)

     This matter is before the Court on Plaintiffs' failure to file their Certificates as to Interested Parties as required by LR 7.1-1. Plaintiffs filed their Complaint in this Court on June 27, 2014. Docket No. 1. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, Plaintiffs have failed to comply.

//

//

//

//

     Accordingly, **IT IS ORDERED** that Plaintiffs shall file their Certificates as to Interested Parties, which fully comply with LR 7.1-1, **no later than 4:00 p.m., July 31, 2014.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

     DATED: July 17, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge