# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MYRA LEAVITT, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> TIIU ELIZARDE, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 2:14-cv-01043-JAD-NJK <br><br> ORDER <br><br> (Docket Nos. 35, 37) |

On October 28, 2015, while represented by counsel, Plaintiff Kenneth Friedman filed a motion to facilitate communication. Docket No. 35. On October 30, 2015, while represented by counsel, Plaintiff Friedman filed a motion for hearing. Docket No. 37. A party who is represented by counsel "cannot while so represented appear or act in the case." LR IA 10-6.

Accordingly,

Defendant's motions, Docket Nos. 35 and 37, are hereby **DENIED**.

IT IS SO ORDERED.

DATED: November 16, 2015.

_____
NANCY J. KOPPE
United States Magistrate Judge